IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANTHONY HORBAL and HERC MANAGEMENT SERVICES, LLC, derivatively on behalf of SEEGRID CORPORATION, | § § § § § | No. 389, 2015 |
| Plaintiffs-Below, Appellants, | § § | Court Below: Court of Chancery of the |
| v. | § § | State of Delaware |
| DANIEL SHAPIRA, PHILLIP OLIVERI, HANS MORAVEC, GIANT EAGLE, INC., and GIANT EAGLE OF DELAWARE, INC., | § § § § § | C.A. No. 10023-VCL |
| and | § § | |
| SEEGRID CORPORATION, | § § | |
| Defendants-Below, Appellees. | § | |

Submitted: February 10, 2016
Decided: February 15, 2016

Before **STRINE**, Chief Justice, **HOLLAND**, **VALIHURA**, **VAUGHN** and **SEITZ**, Justices, constituting the Court *en Banc*.

**O R D E R**

This 15th day of February 2016, the Court, having considered this matter on the briefs and the oral arguments of the parties, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Order of July 17, 2015;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgments of the

Court of Chancery be, and the same hereby are, AFFIRMED.[*]

BY THE COURT:


*/s/ Karen L. Valihura*
Justice

---

[*] We note that the process leading to the Court of Chancery's determination that Appellants were collaterally estopped was truncated, and that this process was less than ideal. However, the Appellants were permitted by the Court of Chancery to file a Sur-Reply brief to address the estoppel issues that were first raised in Appellees' reply brief below. Based upon our review of the record, we are satisfied that Appellants had a full and fair opportunity to address the collateral estoppel issues.